FILED IN OPEN COURT
ON 1/4/2022 CB
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-434-1M
NO. 5:21-CR-434-2M
NO. 5:21-CR-434-3M
NO. 5:21-CR-434-4M
NO. 5:21-CR-434-5M
NO. 5:21-CR-434-6M
NO. 5:21-CR-434-7M
NO. 5:21-CR-434-8M
NO. 5:21-CR-434-9M
NO. 5:21-CR-434-10M
NO. 5:21-CR-434-11M
NO. 5:21-CR-434-12M
NO. 5:21-CR-434-13M
NO. 5:21-CR-434-14M
NO. 5:21-CR-434-15M
NO. 5:21-CR-434-16M

| | |
|---|---|
| UNITED STATES OF AMERICA | )  |
| | ) SUPERSEDING |
| v. | ) INDICTMENT |
| | ) [UNDER SEAL] |
| | ) |
| CHRISTOPHER LAMAR BAKER | ) |
| ELIZABETH ANNE YOUNG | ) |
| a/k/a "PIPER" | ) |
| BRIAN LOPEZ | ) |
| a/k/a "FAME" | ) |
| KARA HERNANDEZ | ) |
| LANNY BENTLEY | ) |
| ANGELA BOWMAN | ) |
| a/k/a "BOO BOO" | ) |
| TED CANNON | ) |
| a/k/a "BAM" | ) |
| BRIAN JAEGER | ) |
| AMBER CROSS | ) |
| DEVAN CHRISTOPHER | ) |
| HOUSTON PHILLIPS | ) |
| KEVIN ROBERSON | ) |
| LANDON HOLCOMB | ) |

1

| JOSHUA PRESLEY | ) |
| a/k/a "DOZIER" | ) |
| GARY STALEY | ) |
| a/k/a "MEATHEAD" | ) |
| DUSTIN TRAVIS | ) |

The Grand Jury charges that:

## COUNT ONE

Beginning on a date unknown to the Grand Jury, but no later than in or about October 2020, and continuing up to and including on or about November 17, 2021, in the Eastern District of North Carolina, and elsewhere, the defendants, CHRISTOPHER LAMAR BAKER, ELIZABETH ANNE YOUNG also known as "Piper" and BRIAN LOPEZ also known as "Fame", KARA HERNANDEZ, LANNY BENTLEY, TED CANNON, also known as "Bam," BRIAN ALLEN JAEGER, AMBER CROSS, DEVAN CHRISTOPHER, HOUSTON PHILLIPS, KEVIN ROBERSON, LANDON HOLCOMB, JOSHUA PRESLEY also known as "Dozier," GARY STALEY also known as "Meathead," ANGELA BOWMAN also known as "Boo Boo," did knowingly and intentionally combine, conspire, confederate, agree and have a tacit understanding with other persons, known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with the intent to distribute methamphetamine in violation of Title 21, United States Code, Section 841(a)(1).

### Quantity of Controlled Substances Involved in the Conspiracy

With respect to KARA HERNANDEZ, LANNY BENTLEY, ANGELA BOWMAN also known as "Boo Boo" and TED CANNON also known as "Bam", the

2

amounts involved in the conspiracy attributable to their as a result of their own conduct and the conduct of other conspirators reasonably foreseeable to them, are five hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(b)(1)(A);

With respect to CHRISTOPHER LAMAR BAKER, ELIZABETH ANNE YOUNG, BRIAN LOPEZ, BRIAN JAEGER, AMBER CROSS, DEVAN CHRISTOPHER, HOUSTON PHILLIPS, KEVIN ROBERSON, LANDON HOLCOMB, JOSHUA PRESLEY also known as "Dozier", GARY STALEY also known as "Meathead" and DUSTIN TRAVIS, the amounts involved in the conspiracy attributable to them as a result of their own conduct and the conduct of other conspirators reasonably foreseeable to them, are fifty (50) grams or more of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about January 13, 2021 in the Eastern District of North Carolina, the defendants, CHRISTOPHER LAMAR BAKER and BRIAN LOPEZ also known as "Fame," aiding and abetting each other, did knowingly and intentionally distribute fifty grams (50) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THREE

On or about June 4, 2021, in the Eastern District of North Carolina, the defendants, CHRISTOPHER LAMAR BAKER and ELIZABETH ANNE YOUNG also known as "Piper," aiding and abetting each other, did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FOUR

On or about June 4, 2021, in the Eastern District of North Carolina, the defendants, CHRISTOPHER LAMAR BAKER and ELIZABETH ANNE YOUNG also known as "Piper," aiding and abetting each other, did knowingly possess firearms, to include a short-barreled shotgun, as that term is defined in Title 18, United States Code, Section 921(a)(6), in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, as charged in Count Three of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A) and Title 18, United States Code, Section 2

## COUNT FIVE

On or about June 4, 2021, in the Eastern District of North Carolina, the defendants, CHRISTOPHER LAMAR BAKER and ELIZABETH ANNE YOUNG also known as "Piper," aiding and abetting each other, knowingly received and possessed a firearm, made from a shotgun having an overall length of less than 26 inches in total length, as that term is defined in Title 26, United States Code, Section 5845(a)

and (f), specifically, a destructive device, which was not registered to them in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871 and Title 18, United States Code, Section 2.

## COUNT SIX

On or about October 16, 2020, in the Eastern District of North Carolina, the defendants, CHRISTOPHER LAMAR BAKER and AMBER CROSS, aiding and abetting each other, did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT SEVEN

On or about October 30, 2020, in the Eastern District of North Carolina, the defendants, CHRISTOPHER LAMAR BAKER did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHT

On or about November 6, 2020, in the Eastern District of North Carolina, the defendants, CHRISTOPHER LAMAR BAKER, LANDON HOLCOMBE and JOSHUA ISAAC PRESLEY, also known as "Dozier," aiding and abetting each other, did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United

States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT NINE

On or about December 4, 2020, in the Eastern District of North Carolina, the defendant, CHRISTOPHER LAMAR BAKER, did knowingly and intentionally distribute five (5) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TEN

On or about December 10, 2020, in the Eastern District of North Carolina, the defendants, CHRISTOPHER LAMAR BAKER and DUSTIN TRAVIS, aiding and abetting each other, did knowingly and intentionally distribute five (5) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT ELEVEN

On or about December 18, 2020, in the Eastern District of North Carolina, the defendant, CHRISTOPHER LAMAR BAKER, did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWELVE

On or about February 18, 2021, in the Eastern District of North Carolina, the defendants, CHRISTOPHER LAMAR BAKER and DEVAN CHRISTOPHER, aiding and abetting each other, did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title

21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THIRTEEN

On or about February 27, 2021, in the Eastern District of North Carolina, the defendants, CHRISTOPHER LAMAR BAKER, DEVAN CHRISTOPHER and BRIAN JAEGER, aiding and abetting each other, did knowingly and intentionally distribute five (5) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FOURTEEN

On or about February 27, 2021, in the Eastern District of North Carolina, the defendants, CHRISTOPHER LAMAR BAKER, DEVAN CHRISTOPHER and BRIAN JAEGER, aiding and abetting each other, did knowingly possess a firearm in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, as charged in Count Thirteen of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A) and Title 18, United States Code, Section 2.

## COUNT FIFTEEN

On or about May 21, 2021, in the Eastern District of North Carolina, the defendants, CHRISTOPHER LAMAR BAKER and HOUSTON PHILLIPS, aiding and abetting each other, did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title

21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT SIXTEEN

On or about November 5, 2021, in the Eastern District of North Carolina, the defendants, CHRISTOPHER LAMAR BAKER and GARY LEE STALEY, JR. also known as "Meathead," aiding and abetting each other, did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT SEVENTEEN

On or about November 5, 2021, in the Eastern District of North Carolina, the defendants, CHRISTOPHER LAMAR BAKER and GARY LEE STALEY, JR. also known as "Meathead," aiding and abetting each other, did knowingly possess a firearm, to include a machine gun, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, as charged in Count Sixteen of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(B)(ii) and Title 18, United States Code, Section 2.

# FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any felony violation of the Controlled Substances Act charged herein, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offense.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the

intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

DATE: 1.4.2022

MICHAEL F. EASLEY, JR.
United States Attorney

BY: _____
KELLY L. SANDLING
Assistant United States Attorney
Criminal Division